## Hilson *v.* Kelley.

Lumpkin, P. J.    An affidavit of illegality which alleges that the judgment upon which was issued the execution sought to be arrested was rendered by a justice of the peace at a place in his district where the justice's court thereof had no lawful authority to sit is good without alleging at what particular place in the district the court in question ought to have held its sessions.                    *Judgment reversed.    All the Justices concurring.*

Submitted July 21, — Decided August 8, 1900.

Affidavit of illegality.    Before Judge Reese.    Glascock superior court.    August term, 1899.

*K. J. Hawkins,* for plaintiff in error.    *B. F. Walker,* contra.